United States Bankruptcy Court
Eastern District of Virginia
_____Richmond_____ Division

In re: LeClairRyan PLLC  Case No. 19-34574-KRH

Adv. Proceeding No. 20-03142 and 21-03095

Debtor(s)

**TRANSMITTAL OF NOTICE OF APPEAL AND, IF APPLICABLE, MOTION FOR LEAVE TO APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed herein on July 11, 2022.

[Check Box if Applicable] ☐ The Appellant(s) also filed a Motion for Leave to Appeal with the Notice of Appeal.

The parties included in the Appeal to the District Court:

APPELLANT(S): John P. Fitzgerald, III

ATTORNEY: Jason Brill Shorter
Office of the US Trustee, 701 East Broad St., Ste. 4304
Richmond, VA 23219

APPELLEE(S): See attached paged for list of Appellees

ATTORNEY: See attached page for ful list of Attorneys

Brief Description of Judgment/Order Appealed: Dk entry 1453, Order Approving Settlement

Date Judgment/Order Entered: Jule 28, 2022

1. Filing Fees:  A. Notice of Appeal – Filing Fee $5.00   ( ) Paid   (✓) Not Paid
                B. Appeal Docket Fee - $293.00          ( ) Paid   (✓) Not Paid   (✓) Deferred. See Attached Request
2. (✓) Notice of Appeal
3. ( ) Motion for Leave to Appeal (if any)

WILLIAM C. REDDEN, Clerk of Court

By /s/: N. Bullock , Deputy Clerk

Date transmitted: July 13, 2022       Telephone No. (804) 916-2428

..................................................................................................................................

U.S. DISTRICT COURT CASE NUMBER: 3:22cv494
DATE: 7/13/2022    BY: /s/ A. Dema

**PLEASE RETURN COPY UPON COMPLETION**

[transenot ver. 12/14]

**APPELLEE:**

Lynn Tavenner, Chapter 7 Trustee for LeClairRyan PLLC
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Erika L. Morabito
Brittany Jane Nelson
Quinn Emanuel Urquhart & Sullivan
1300 I Street, NW, Suite 900
Washington, DC 20005

**OTHER INTERESTED PARTIES:**

LeClairRyan PLLC, Debtor
Tyler P. Brown
Jason William Harbour
Henry Pollard Long, III
Jennifer Ellen Wuebker
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219

Foley & Lardner, LLP, Objector
Susan Poll Klaessy
Foley & Lardner LLP
3000 K Street, NW, Suite 600
Washington, DC 20007-5109

ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC, Defendants in
Adversary Proceeding 20-03142 and Parties to Settlement Agreement
David G. Barger
Thomas J. McKee, Jr.
J. Gregory Milmoe
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102

CVC Capital Partners, Defendant in Adversary Proceeding 21-03095 and Party to Settlement
Agreement
Michael E. Hastings
Woods Rogers PLC

901 East Byrd Street, Suite 1550
Richmond, VA 23219

Nicholas Hinton and Daniel Reed, Defendants in Adversary Proceeding 21-03095 Parties to Settlement Agreement
David G. Barger
Thomas J. McKee, Jr.
J. Gregory Milmoe
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102

Josh Rosenfeld and P. Douglas Benson, Defendants in Adversary Proceeding 21-03095 Parties to Settlement Agreement
Georgina C. Shepard
Arnall Golden Gregory, LLP
1775 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006

CNA, Insurer and Party to Settlement Agreement
Margaret T. Karchmer
Wiley Rein, LLP
2050 M Street NW
Washington, DC 20036

Travelers Casualty and Surety Company of America, Insurer and Party to Settlement Agreement
Registered Agent:
Corporation Service Company
100 Shockoe Slip, Floor 2
Richmond, VA 23219-4100

Gary LeClair, Former Defendant in Adversary Proceeding 20-03142
J. Scott Sexton
Andrew M. Bowman
Gentry Locke
10 Franklin Rd SE, Suite 900
Roanoke, VA 24011

William A. Broscious
William A. Broscious, Esq., PLC
P.O. Box 71180
Henrico, VA 23255