IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re LECLAIRRYAN PLLC, Debtor.

| | |
|---|---|
| JOHN P. FITZGERALD, III, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case No. 22-00494 |
| ) | |
| LYNN TAVENNER, Trustee ) | |
| ) | |
| Appellee. ) | |

## STIPULATION OF DISMISSAL OF APPEAL

To the Clerk of the Court:

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the parties hereby stipulate and agree to dismiss this appeal. Each party will pay its own costs in connection with this appeal.

August 5, 2022                    Respectfully submitted,


By: /s/ Shannon F. Pecoraro
Shannon F. Pecoraro, Esq. (VSB No. 46864)

Trial Attorney
Office of the United States Trustee
701 E. Broad St., Ste. 4304
Richmond, VA 23219
Telephone: (804) 771-2310
Facsimile: (804) 771-2330
Email: shannon.pecoraro@usdoj.gov

By: */s/ Paula S. Beran*
Paula S. Beran, Esq. (VSB No. 34679)

Tavenner & Beran, PLC
20 North 8th Street
Richmond, VA 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178
Email: PBeran@TB-LawFirm.com

Counsel for Lynn Tavenner, Trustee

**CERTIFICATE OF SERVICE**

      I, Shannon F. Pecoraro, hereby certify that I caused a true and correct copy of the foregoing Stipulation of Dismissal of Appeal to be served on the following person on this 5th day of August 2022 by means the Court's CM / ECF system and via e-mail (with written permission):

Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North 8th Street
Richmond, VA 23219
Email:  PBeran@TB-LawFirm.com

                                                                        */s/ Shannon F. Pecoraro*
                                                                        Shannon F. Pecoraro